NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOPHIE INC, a California Corporation,**
*Plaintiff-Appellant*

v.

**DHARMESH SHAH, an individual, aka David Shah, dba Source Vista, SERVE GLOBAL, LLC, a Texas Limited Liability Company, dba Sourcevista.com,**
*Defendants-Cross-Appellants*

**LIVINGSOCIAL, INC., a Delaware Corporation,**
*Defendant-Appellee*

---

2015-1559, -1581, 2016-1468, -1469

---

Appeals from the United States District Court for the Central District of California in No. 8:13-cv-01321-DMG-JEM, Judge Dolly M. Gee.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the four appeals.

Accordingly,

IT IS ORDERED THAT:

    The appeals are consolidated. The revised official caption is reflected above. The appellant's opening brief is due no later than March 17, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25